# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PMM3 LLC, a Nevada limited liability company, PHILOMENA MOLONEY, an individual; TRAVIS GOLDRUP, an individual; and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 2:22-cv-00654- GMN-NJK<br><br>**ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiffs PMM3 LLC, Philomena Moloney, and Travis Goldrup ("Plaintiffs") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate, pursuant to LR IA 6-1 and 6-2, to extend the deadline for Wells Fargo to respond to the Complaint by thirty (30) days, or up to and including June 15, 2022.  Absent the extension, the deadline for Wells Fargo to answer or otherwise respond to the Complaint is May 16, 2022.  This is the first request by the Parties for an extension of this

-1-

deadline. This stipulation is made in good faith and not in an attempt to delay proceedings, but rather is made to accommodate the schedules of counsel and their client in preparing a response to the Complaint, and will give counsel time to consider the merits of consolidation with the related matters.

| Dated this 12th day of May, 2022. | Dated this 12th day of May, 2022. |
|---|---|
| **HOLLAND & HART** | **Simons Hall Johnston PC** |
| By: */s/ Sydney R. Gambee* <br> Joseph G. Went <br> Nevada Bar No. 9220 <br> Sydney R. Gambee <br> Nevada Bar No. 14201 <br> HOLLAND & HART LLP <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV 89134 <br><br> K. Issac deVyer (*pro hac vice*) <br> Alicia A. Baiardo (*pro hac vice*) <br> Anthony Q. Le (*pro hac vice*) <br> MCGUIREWOODS <br> 1800 Century Park East, 8th Floor <br> Los Angeles, CA 90067 <br><br> *Attorneys for Wells Fargo Bank, N.A* | By: */s/ Robert L. Brace* <br> Brad Johnston <br> Nevada Bar No. 8515 <br> 22 State Route 208 <br> Yerington, NV 89447 <br><br> Maria F. Elosu (*pro hac vice*) <br> Law Office of Robert Brace <br> 1807 Santa Barbara Street <br> Santa Barbara, CA 93101 <br><br> Robert L. Brace (*pro hac vice*) <br> Las Office of Robert Brace <br> 1807 Santa Barbara Street <br> Santa Barbara, CA 93101 <br><br> *Attorneys for Plaintiffs* |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the Parties' stipulation above, Defendant Wells Fargo shall have thirty (30) days, or until June 15, 2022, to file its response to the Complaint.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 13, 2022